AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED

FEB - 5 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAIME RONQUILLO-MONROY | ) | Case No. |
| | ) | 4:26-mj- |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 3, 2026_____ in the county of _____Toano_____ in the _____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| 18 USC 1361 | Depredation Against Property of the United States |

This criminal complaint is based on these facts: Please see attached Affidavit

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Devon E.A. Heath
Assistant United States Attorney

_____
Complainant's signature

Christopher J. Cruz, ICE Deporation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: _____02/05/2026_____

_____
Judge's signature

City and state: _____Norfolk, Virginia_____        Lawrence R. Leonard, US Magistrate Judge
Printed name and title